AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ANDANTE GOLDSBY, | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| DANIELLE M. UPTON, TYLER C. NEWMAN, DANIEL VALENCIA, and BROWN-BIEBER, | ) |
| *Defendant* | |

Civil Action No.   4:26-cv-5003-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

_____ .

☑   other:   Plaintiff's Second Amended Complaint, ECF No. 12, is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Edward F. Shea _____

Date:  July 20th, 2026 _____

CLERK OF COURT

s/Sean F. McAvoy _____
*Signature of Clerk*