AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 08, 2026

SEAN F. McAVOY, CLERK

ANDANTE GOLDSBY
*Plaintiff*
v.
OFFICER DANIEL VALENCIA, OFFICER BROWN-BIEBER, CITY OF SPOKANE, TYLER C. NEWMAN, and DANIELLE M. UPTON
*Defendant*

Civil Action No. 4:26-cv-5003-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: The Third Amended Complaint, ECF No. 20, is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

This action was *(check one)*:

❐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❐ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge EDWARD F. SHEA

Date: 10/8/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*